### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BETHANY A. GREGOR and CLOVIS C. GREGOR, on behalf of plaintiffs and the classes, <br><br> Plaintiffs, <br><br> v. <br><br> AURORA BANK FSB, formerly known as LEHMAN BROTHERS BANK, FSB, and FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Defendants. | Case No. 13-cv-00218-L-LDA <br><br> Hon. Ronald R. Lagueux |

### STIPULATION TO DISMISS

Plaintiffs Bethany A. Gregor and Clovis C. Gregor (the "Gregors") and Defendant Aurora Commercial Corp., successor to Aurora Bank FSB, formerly known as Lehman Brothers Bank, FSB ("Aurora") hereby stipulate and agree that (1) the the First Amended Complaint shall be dismissed with prejudice as to the Gregors' claims against Aurora; (2) the First Amended Complaint shall be dismissed without prejudice as to putative class members' claims; and (3) each party shall bear its own costs.[1]

DATED:  October 20, 2014

| | |
|---|---|
| BETHANY A. GREGOR <br> and CLOVIS G. GREGOR | AURORA COMMERCIAL CORP., <br> successor to AURORA BANK FSB, <br> formerly known as LEHMAN BROTHERS <br> BANK, FSB |
| s/Catherine A. Ceko <br> Catherine A. Ceko <br> cceko@edcombs.com <br> **EDELMAN, COMBS,** <br> **LATTURNER & GOODWIN, LLC** <br> 20 South Clark Street, Suite 1500 <br> Chicago, IL 60603 | s/David J. Pellegrino <br> David J. Pellegrino <br> *djp@psh.com* <br> **PARTRIDGE SNOW & HAHN LLP** <br> 180 South Main <br> Providence, RI 02903 <br> (401) 861-8200 |

---

[1] All claims have been dismissed against co-defendant Federal National Mortgage Association, so this Stipulation terminates this case.


| | |
|---|---|
| Daniel A. Edelman | J. Matthew Goodin (*pro hac vice*) |
| *dedelman@edcombs.com* | *jmgoodin@lockelord.com* |
| Cathleen M. Combs | Chethan G. Shetty (*pro hac vice*) |
| *ccombs@edcombs.com* | *cshetty@lockelord.com* |
| Catherine A. Ceko | **LOCKE LORD LLP** |
| *cceko@edcombs.com* | 111 South Wacker Drive |
| **EDELMAN, COMBS,** | Chicago, IL 60606 |
| **LATTURNER & GOODWIN, LLC** | (312) 443-0472 |
| 20 South Clark Street, Suite 1500 | |
| Chicago, IL 60603 | |
| (312) 739-4200 | |

Richard S. Showkier
*richardshowkier@yahoo.com*
56 North Main Street, Suite 409
Fall River, MA 02720
(401) 588-1526

**IT IS SO ORDERED.**

DATED: _____

                                            **Hon. Ronald R. Lagueux**

## **CERTIFICATE OF SERVICE**

I, Catherine A. Ceko, an attorney, do hereby certify that I caused this **STIPULATION TO DISMISS FIRST AMENDED COMPLAINT WITH PREJUDICE** to be served on all persons and entities registered and authorized to receive service through the Court's Case Management/Electronic Case Files (CM/ECF) system on October 20, 2014.

By: s/Catherine A. Ceko